# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00320-CR

### In re Joe Garcia

### Dennis Mitchell Alford, Appellant

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2011-284, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

On February 21, 2013, counsel for appellant, Dennis Mitchell Alford, filed an *Anders* brief concluding that this appeal is frivolous and without merit. *See generally Anders v. California*, 386 U.S. 738 (1967). The *Anders* brief is deficient in a number of respects, including failure to include the certificate of compliance required by Tex. R. App. P. 9.4(i)(3), failure to include language advising appellant of his right to file his own appellate brief, and failure to file a motion to withdraw as required by Tex. R. App. P. 6.5.

We order appellant's counsel to file a corrected brief and a motion to withdraw that complies with Tex. R. App. P. 6.5 no later than March 28, 2013. Failure to do so by that date will

result in counsel being called before this Court to show cause why he should not be held in contempt for violating this order.

It is so ordered on this the 28th day of February, 2013.

Before Chief Justice Jones, Justices Goodwin and Field

Do Not Publish

2